IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JANET RANDOLPH-LOWREY<br>1701 Kalorama Road, NW #301<br>Washington, D.C., 20009 | *<br><br>* | |
| Plaintiff, | * | |
| v. | * | CASE NO.:1:18-cv-2452 |
| SLEEP NUMBER CORPORATION,<br>SELECT COMFORT CORPORATION,<br>SELECT COMFORT RETAIL CORPORATION,<br>SELECT COMFORT SC CORPORATION, AND<br>SELECT COMFORT DISTRIBUTION CORP.<br>1001 Third Avenue South<br>Minneapolis, MN 55404<br>Serve:  Corporation Service Company<br>          2345 Rice Street, Suite 230<br>          Roseville, MN 55113 | *<br><br>*<br><br>*<br><br>*<br><br>*<br><br>* | |
| AND | * | |
| XOGISTIXS CORPORATION<br>7 Fir Circle<br>Oakland, NJ 07436, | *<br><br>* | |
| AND | * | |
| SHAWN SCOTT d/b/a Li'L MISS BUTTERFLY<br>2600 Cabover Dr.<br>Hanover, MD 20706 | *<br><br>*<br><br>* | |
| Defendants. | | |

*****************************************************************************

## **COMPLAINT**

COMES NOW the Plaintiff, Janet Randolph-Lowrey, by and through Curtis Daniel Cannon, Esquire and the Law Office of Goldberg & Finnegan, LLC, and sues the Defendants, Sleep Number Corporation, Select Comfort Corporation, Select Comfort Retail Corporation, Select Comfort SC Corporation, Select Comfort Distribution Corporation (collectively "Sleep

Number" hereinafter) and Xogsitixs Corporation ("Xogistixs", hereinafter) and Shawn Scott d/b/a LiL Miss Butterfly ("Scott", hereinafter), and as grounds therefore states:

1.  This matter arises from an incident occurring on or about January 2, 2016 at the Plaintiff's residence building in the District of Columbia.

2.  At all times relevant hereto, the Plaintiff, Janet Randolph-Lowrey was a resident of the District of Columbia.

3.  At all times relevant hereto, Defendants Sleep Number were Minnesota corporations having their principal offices in Minnesota and whom regularly conduct business in the District of Columbia in the nature of selling and delivering their services and wares to residents of the District of Columbia.

4.  At all times relevant hereto, Defendant Xogistixs Corporation was a New Jersey corporation having their principal offices in New Jersey and whom regularly conducts business in the District of Columbia in the nature of providing delivery services to residents of the District of Columbia.

5.  At all timed relevant hereto, Defendant Scott was a Maryland corporation having its principal offices in Maryland and whom regularly conducts business in the District of Columbia in the nature of providing delivery services to residents of the District of Columbia.

6.  On or about January 2, 2016, Plaintiff was in the elevator of her residence while Defendants Sleep Number, Xogistix, and/or Scott, were in the process of delivering a Sleep Number bed the Plaintiff purchased from Defendant Sleep Number.

7.  At that same time and place, an agent, employee, and/or servant of Defendants Sleep Number, Xogistixs, and/or Scott while in the course and scope of his duties with Defendants Sleep Number, Xogistixs, and/or Scott was loading several large top-heavy boxes

onto the elevator of Plaintiff's residence. The agent, employee, and/or servant negligently placed the boxes in the elevator so the heavy end of the box was up and thereafter directed the Plaintiff to remain in the elevator to hold the doors open as the agent, employee, and/or servant was loading another heavy box into the elevator. While loading the second box, the Defendants' agent, employee, and/or servant caused one of the negligently-placed boxes to fall and strike the Plaintiff about her head and neck and forcefully throw her into the wall of the elevator.

8. At all times relevant hereto, Defendants Sleep Number, Xogistixs, and/or Scott through their agents, employees and/or servants had an obligation and duty to the Plaintiff to use reasonable care in the performance of their duties.

9. Notwithstanding that obligation and duty, Defendants Sleep Number, Xogistixs, and/or Scott through its agents, employees, and/or servants breached its duties to Plaintiff by failing to deliver the Plaintiff's bed in a reasonable and prudent manner so as to avoid causing injury to the Plaintiff, failing to make sure the boxes were placed in the elevator with the heavy side on the floor so as to reduce the chance of the box falling, failing to place the box in the elevator properly so as to avoid it falling on the Plaintiff while they knew or should have known she was in a place of danger, failing to pay full time and attention to loading the boxes in the elevator, causing the box already in the elevator to fall on the Plaintiff either by directly contacting it with the next box being loaded or by jostling the elevator by the forceful and careless manner by which they were loading the subsequent box. and otherwise being negligent so as to cause the box to fall into Ms. Randolph-Lowrey.

10. As a direct and proximate result of Defendants Sleep Number's, Xogistixs', and/or Scott's negligence, Plaintiff Randolph-Lowrey sustained severe and permanent personal injuries for which she has received, and will continue to receive, medical care, has incurred and

will continue to incur medical expenses and loss of income, and has incurred and will continue to incur other non-economic damages and economic damages.

11. THE PLAINTIFF DEMANDS A TRIAL BY JURY.

12. The Plaintiff has satisfied all conditions precedent to maintaining this action.

WHEREFORE, Plaintiff Janet Randolph-Lowrey demands judgment against Defendants Sleep Number, Xogistxs., and Scott, jointly and severally, in the amount of Seven Hundred and Fifty Thousand ($750,000.00) dollars plus costs and pre-judgment and post-judgment interest as permitted by law.

## **JURY DEMAND**

Plaintiff demands a trial by jury as to all issues herein.

JANET RANDOLPH-LOWREY<br>By counsel

Respectfully submitted,

GOLDBERG & FINNEGAN, LLC

_____
Curtis Daniel Cannon, Esq. #490182
8401 Colesville Road, #630
Silver Spring, Maryland 20910
(301) 589-2999
(301) 589-2644 (fax)
*Counsel for Plaintiff Janet Randolph-Lowrey*
ccannon@goldbergfinnegan.com